# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLISON MASSENBURG, : | |
|     Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO. 19-CV-3407 |
| : | |
| FOOT LOCKER RETAIL, INC., : | |
|     Defendant. : | |

## ORDER

This 19th day of November, 2020, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment (ECF 13) is **GRANTED**. Judgment shall be entered in favor of Defendant Foot Locker Retail, Inc.

The Clerk is requested to mark this case closed for statistical purposes.

    /s/ Gerald Austin McHugh
United States District Judge