## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLISON MASSENBURG, : | |
|    Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO. 19-CV-3407 |
| : | |
| FOOT LOCKER RETAIL, INC., : | |
|    Defendant. : | |

## ORDER

This 30th day of November, 2020, it is hereby **ORDERED** that the Clerk shall docket the attached email dated November 23, 2020, which I will treat as a Motion for Reconsideration. It is further **ORDERED** that Plaintiff's Motion for Reconsideration is **DENIED**.

                                                                            /s/ Gerald Austin McHugh
                                                                             United States District Judge

## Patricia Clark

**From:** Allison Massenburg <acmassenburg@gmail.com>
**Sent:** Monday, November 23, 2020 11:22 PM
**To:** Chambers of Judge Gerald A McHugh
**Subject:** 2:19-cv-03407-GAM

CAUTION - EXTERNAL:


Hello my name is Allison Massenburg case 2:19-cv-03407-GAM and I just received a letter today stating that you closed out my case as of november 19,2020. I never got a notice of any sort after the one sent about a hearing that never happened due to covid 19. I have left several messages about not being able to find a lawyer. I didnt receive that packet from the other firm until late and i had spoken to them about not getting it or knowing how to fill it out properly without counsel. I didnt expect them to tell you that we were in contact and so i called and left messages but no one ever got back to me. I have statements of people who were there when the discrimination took place. I dont find it fair that i wasnt given any notice from the court itself just contact from the lawyers of footlocker and then the case is closed. I dont know what can be done now if anything but i would like a chance to prove what i said. Losing my job for things tht had nothing to do with my work ethic turned my life for the worse. I do appreciate your time and if someone could please let me know if anything can be done i would greatly appreciate it. Thank you Acmassenburg@gmail.com 484-561-2972


CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1